IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| NIMBUS TECHNOLOGIES, INC. | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. **CV04CO0312-W** |
| SUNNDATA PRODUCTS, INC., EZ LED, INC., EZ LED, L.L.C., RAY WELCHEL, STEVEN WELCHEL, and DAVID TARASEVICH, | ) ) ) ) ) | |
| Defendants. | ) | |

FILED
04 OCT 26 AM 11:30

ENTERED
OCT 2 6 2004

Findings and Conclusions

This cause is before the Court on the Motion of Nimbus Technologies, Inc., for default judgment in its favor as to all claims filed against EZ LED, Inc. and SunnData Products, Inc. The Court took evidence in support of the motion on September 27, 2004. The Court makes the following findings and conclusions:

1. The summons and complaint were served upon defendants SunnData Products, Inc. and EZ LED, Inc. on February 18, 2004. Defendants SunnData Products, Inc. and EZ LED, Inc. were served with a copy of the Amended Complaint on March 8, 2004. Defendants SunnData Products, Inc. and EZ LED, Inc. have failed to answer, plead or otherwise defend.

2. The plaintiff has proven damages in the amount of $612,333.00.

41

3. The plaintiff is due to recover from the defendant the sum of $612, 333.00 plus interest hereafter at the prevailing legal rate per annum until paid in full.

4. A separate judgment will be entered by the Court.

Done this 26 day of October 2004.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE